UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-4121-FMO (AGR) | | Date | January 4, 2021 |
|---|---|---|---|---|
| Title | Kristofer T. Bouchard v. Warden | | | |

| Present: The Honorable | **Alicia G. Rosenberg, United States Magistrate Judge** | |
|---|---|---|
| Karl Lozada | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Petitioner | | Attorneys Present for Respondent |
| None | | None |

**Proceedings:** (In Chambers)  ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DENY THE FOLLOWING MOTIONS AS MOOT: (1) RESPONDENT'S MOTION TO DISMISS THE PETITION FOR WRIT OF HABEAS CORPUS (Dkt. No. 11); AND (2) PETITIONER'S REQUEST FOR A STAY AND ABEYANCE PENDING EXHAUSTION IN STATE COURT (Dkt. No. 18)

On May 5, 2020, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody.

Respondent filed a motion to dismiss the Petition as wholly unexhausted. (Dkt. No. 11.) Petitioner filed an opposition. (Dkt. No. 13.) Respondent filed a reply. (Dkt. No. 14.) Petitioner filed supplemental opposition papers. (Dkt. Nos. 15, 17-18.) In his opposition papers, Petitioner sought a stay and abeyance pending exhaustion in state court. (Dkt. No. 18.)

It turns out that, on October 2, 2020, Petitioner filed a state habeas petition in the California Supreme Court in Case No. S264791. The California Supreme Court summarily denied the petition on December 30, 2020.

Accordingly, IT IS ORDERED that, on or before *January 25, 2021*:

1. Respondent show cause in writing why the court should not deny as moot the motion to dismiss the Petition on the ground that it is unexhausted. Filing a notice of withdrawal of the motion to dismiss will be deemed sufficient to discharge this order to show cause.

2. Petitioner shall show cause in writing why the court should not deny as moot Petitioner's request for a stay and abeyance of this proceeding pending exhaustion in state court. Filing a notice of withdrawal of the motion for stay and abeyance will be deemed sufficient to discharge this order to show cause.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-4121-FMO (AGR) | Date | January 4, 2021 |
|---|---|---|---|
| Title | Kristofer T. Bouchard v. Warden | | |

    If the court does not receive a timely response to the order to show cause from each party, the court may deny as moot each party's respective motion or request set forth above.

|  | 0 | : | 0 |
|---|---|---|---|
| Initials of Preparer | kl | | |