JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOFER T. BOUCHARD,<br><br>            Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>            Respondent. | Case No. CV 20-4121-SPG (AGR)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated: September 26, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE